IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
BEATRICE JEFFERSON MERCHANT

CASE NO.: 3:13-bk-05067-PMG
Estimated Time 5 Minutes
Conf. Hrg.: 11/5/2013 @ 9:30 am
Chapter 13

_____ Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan if it falls below one in which the claims are being paid in full and states,

1. Per 11 U.S.C. §1325(b)(3), the Debtor's monthly income is higher than the median and pursuant to the "Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income", she has a disposable monthly income of $2,507.69. The Debtor must continue to provide for the unsecured claims as required by the Bankruptcy Code or the Trustee objects to confirmation.

2. Per 11 U.S.C. §1325(b)(3), the Debtor has provided a "Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income" which appears to be incorrectly completed. The Debtor may have disposable income which is not being applied to the unsecured creditors. The basis of this objection has been more specifically discussed at the meeting of creditors. The Debtor must continue to provide for the unsecured claims as required by the Bankruptcy Code or the Trustee objects to confirmation.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ John J. Freeman, Jr.*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr. Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone    (904)358-6465
FAX            (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

    I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 4th day of October 2013 on the following:

Beatrice Jefferson Merchant, 5812 St Cecilia Road, Jacksonville, Florida 32207
Sacks & Sacks, 1646 Emerson Street, Suite B, Jacksonville, Florida  32207

*/s/ John J. Freeman, Jr.*